|   |   |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |
| MIAD KARIMI and ABBAS KHADEMI-SISAN,<br><br>Plaintiff<br><br>v.<br><br>YORK RISK SERVICES GROUP, INC.,<br><br>Defendant | Case No. 2:18-cv-02254-APG-NJK<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of the response (ECF No. 10) by defendant York Risk Services Group, Inc.,

IT IS ORDERED that the order to show cause (ECF No. 8) is deemed satisfied, and I will not remand for lack of subject matter jurisdiction at this time.

DATED this 3rd day of December, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE