# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIAD KARIMI, et al., <br>     Plaintiff(s), <br> v. <br> YORK RISK SERVICES GROUP, INC., et al., <br>     Defendant(s). | Case No.: 2:18-cv-02254-APG-NJK <br><br> **Order** <br><br> [Docket No. 28] |

Plaintiffs filed an initial early case conference list of witnesses and documents. Docket No. 28. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: February 20, 2019

                                                           Nancy J. Koppe <br>
                                                         United States Magistrate Judge